*E-FILED: June 28, 2013*

Jayni Foley Hein (Bar No. 258261)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jayni@baykeeper.org
Email: andrea@baykeeper.org

Attorneys for Plaintiff:
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>        Plaintiff,<br>   v.<br>PREMIER RECYCLE COMPANY,<br><br>        Defendant. | Civil No. C 13-01695 HRL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 26(f); L.R. 16-10<br><br>Honorable Howard R. Lloyd |

Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Premier Recycle Company ("Premier Recycle") in the above-captioned action respectfully submit this stipulation as follows:

**WHEREAS,** Baykeeper and Premier Recycle (collectively, the "Parties") have been working together in good faith to reach a settlement in this action;

**WHEREAS,** the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for July 23, 2013 at 1:30 pm;

**WHEREAS,** the Scheduling Order states that if the Initial Case Management Conference is continued, the other deadlines are continued accordingly;

**WHEREAS,** the Parties desire to continue negotiating settlement in good faith and anticipate reaching a final settlement in this action within the next six (6) weeks;

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The Case Management Conference shall be continued to August 20, 2013 at 1:30 pm, or as soon thereafter as the Court is available.
2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be due two weeks before the Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one week before the Case Management Conference.
4. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than one week before the Case Management Conference.

Dated: June 27, 2013                                    Respectfully submitted,

By:
            /s/ Andrea Kopecky
            Andrea Kopecky
            Attorney for Plaintiff
            SAN FRANCISCO BAYKEEPER

By:
            /s/ Anna Le May
            Anna Le May
            Attorney for Defendant
            PREMIER RECYCLE

# [PROPOSED] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to _____ **8/20/13** _____ at 1:30 pm.  **Related deadlines are adjusted accordingly.**
2. ~~The ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than _____.~~
3. ~~The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than _____.~~
4. ~~The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than _____.~~

**IT IS SO ORDERED.**

Date: _ June 28, 2013

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Howard R. Lloyd
~~United States District Court~~
United States Magistrate Judge

STIPULATION TO CONTINUE CASE MGMT CONFERENCE         Civil No. C 13-01695-HRL