*E-FILED: August 13, 2013*

Jayni Foley Hein (Bar No. 258261)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jayni@baykeeper.org
Email: andrea@baykeeper.org

Attorneys for Plaintiff:
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br>v.<br>PREMIER RECYCLE COMPANY,<br><br>Defendant. | Civil No. C 13-01695 HRL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES;** [PROPOSED] **ORDER**<br><br>Fed. R. Civ. P. 26(f); L.R. 16-10<br><br>Honorable Howard R. Lloyd |

1    Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Premier Recycle Company
2 ("Premier Recycle") in the above-captioned action respectfully submit this stipulation as follows:
3    **WHEREAS,** Baykeeper and Premier Recycle (collectively, the "Parties") have been working
4 together in good faith to reach a settlement in this action;
5    **WHEREAS,** the Parties have already exchanged and are currently finalizing the terms of what
6 they anticipate will be a final Consent Decree for approval by the court;
7    **WHEREAS,** the Court's Order Setting Initial Case Management Conference and ADR
8 Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for July 23,
9 2013 at 1:30 pm;
10    **WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management
11 Conference was continued until August 20, 2013 at 1:30 p.m.;
12    **WHEREAS,** the Scheduling Order states that if the Initial Case Management Conference is
13 continued, the other deadlines are continued accordingly;
14    **WHEREAS,** the Parties desire to continue negotiating settlement in good faith and anticipate
15 reaching a final settlement in this action within the next four (4) weeks;
16    **NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**
17    1. The Case Management Conference shall be continued to September 10, 2013 at 1:30 pm,
18       or as soon thereafter as the Court is available.
19    2. The Parties' ADR certifications and stipulations to ADR process or notices of need for
20       an ADR phone conference shall be due two weeks before the Case Management
21       Conference.
22    3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one
23       week before the Case Management Conference.
24    4. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no
25       later than one week before the Case Management Conference.
26    Dated: August 1, 2013
27
28

STIPULATION TO CONTINUE CASE MGMT CONFERNCE        Civil No. C 13-01695 HRL

1
2   By:
3   **/s/** Andrea Kopecky
    Andrea Kopecky
4   Attorney for Plaintiff
    SAN FRANCISCO BAYKEEPER
5
6   By:
    /s/ Anna Le May
7   Anna Le May
    Attorney for Defendant
8   PREMIER RECYCLE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE CASE MGMT CONFERNCE          Civil No. C 13-01695 HRL

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to _September 10, 2013_ at 1:30 pm. **Related deadlines are adjusted accordingly.**
2. ~~The ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than _____.~~
3. ~~The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than _____.~~
4. ~~The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than _____.~~

**IT IS SO ORDERED.**

Date: _August 13, 2013_

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Howard R. Lloyd
United States District Court