William W. Funderburk Jr. (SBN 176244)  
Anna L. Le May (SBN 258312)  
CASTELLÓN & FUNDERBURK LLP  
811 Wilshire Boulevard, Suite 1025  
Los Angeles, California 90017  
Telephone: (213) 623-7515  
Facsimile: (213) 532-3984  
wfunderburk@candffirm.com  
alemay@candffirm.com  

*E-Filed: September 8, 2013*

Attorneys for Defendant Premier Recycle Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>                      Plaintiff,<br>        v.<br>PREMIER RECYCLE COMPANY,<br><br>                      Defendant. | Civil No. C 13-01695 HRL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES;** [PROPOSED] **ORDER**<br><br>Fed. R. Civ. P. 26(f); L.R. 16-10<br><br>Honorable Howard R. Lloyd |

Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Premier Recycle Company ("Premier Recycle") in the above-captioned action respectfully submit this stipulation as follows:

**WHEREAS,** Baykeeper and Premier Recycle (collectively, the "Parties") have been working together in good faith to reach a settlement in this action;

**WHEREAS,** the Parties have already exchanged and are currently finalizing the terms of what they anticipate will be a final Consent Decree for approval by the court;

**WHEREAS,** the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for July 23, 2013 at 1:30 pm;

**WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management Conference was continued until August 20, 2013 at 1:30 p.m.;

**WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management Conference was continued until September 10, 2013 at 1:30 p.m.;

**WHEREAS,** the Scheduling Order states that if the Initial Case Management Conference is continued, the other deadlines are continued accordingly;

**WHEREAS,** the Parties desire to continue negotiating settlement in good faith and anticipate reaching a final settlement in this action within the next three (3) weeks;

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The Case Management Conference shall be continued to October 1, 2013 at 1:30 pm, or as soon thereafter as the Court is available.
2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be due two weeks before the Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one week before the Case Management Conference.

4. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than one week before the Case Management Conference.

Dated: August 27, 2013

                                    Respectfully submitted,

By:    /s/ Anna Le May
          Anna Le May
          Attorney for Defendant
          PREMIER RECYCLE

By:    **/s/** Andrea Kopecky
          Andrea Kopecky
          Attorney for Plaintiff
          SAN FRANCISCO BAYKEEPER

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to __October 1, 2013__ at 1:30 pm.
2. The ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than September 17, 2013.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than September 24, 2013.
4. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than _September 24, 2013_.

**IT IS SO ORDERED.**

Date: __9/6/13__

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Howard R. Lloyd
United States District Court

STIPULATION TO CONTINUE CASE MGMT CONFERENCE    Civil No. C 13-01695-HRL