*E-Filed: September 23, 2013*

1  Jayni Foley Hein (Bar No. 258261)
2  Andrea Kopecky (Bar No. 276366)
   SAN FRANCISCO BAYKEEPER
3  785 Market Street, Suite 850
   San Francisco, California 94103
4  Telephone: (415) 856-0444
5  Facsimile: (415) 856-0443
   Email: jayni@baykeeper.org
6  Email: andrea@baykeeper.org

7  Attorneys for Plaintiff:
   BAYKEEPER
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13
   SAN FRANCISCO BAYKEEPER, a non-profit          Civil No. C 13-01695 HRL
14 corporation,

15                    Plaintiff,                   **STIPULATION TO CONTINUE CASE
                v.                                 MANAGEMENT CONFERENCE AND
16                                                 ASSOCIATED DEADLINES;** ~~**[PROPOSED]**~~
   PREMIER RECYCLE COMPANY,                        **ORDER**
17
                                                   Fed. R. Civ. P. 26(f); L.R. 16-10
18                    Defendant.

19                                                 Honorable Howard R. Lloyd
20

21

22

23

24

25

26

27

28

1        Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Premier Recycle Company

2  ("Premier Recycle") in the above-captioned action respectfully submit this stipulation as follows:

3        **WHEREAS,** Baykeeper and Premier Recycle (collectively, the "Parties") have been working

4  together in good faith to reach a settlement in this action;

5        **WHEREAS,** the Parties have already exchanged and are currently finalizing the terms of what

6  they anticipate will be a final Consent Decree for approval by the court;

7        **WHEREAS,** the Court's Order Setting Initial Case Management Conference and ADR

8  Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for July 23,

9  2013 at 1:30 pm;

10        **WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management

11  Conference was continued until August 20, 2013 at 1:30 p.m.;

12        **WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management

13  Conference was continued until September 10, 2013 at 1:30 p.m.;

14        **WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management

15  Conference was continued until October 1, 2013 at 1:30 p.m.;

16        **WHERAS,** the Parties submitted ADR certifications and stipulated to ADR process by

17  mediation on September 17, 2013;

18        **WHEREAS,** the Scheduling Order states that if the Initial Case Management Conference is

19  continued, the other deadlines are continued accordingly;

20        **WHEREAS,** the Parties desire to continue negotiating settlement in good faith and anticipate

21  reaching a final settlement in this action within the next two (2) weeks;

22        **NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

23        1.  The Case Management Conference shall be continued to October 22, 2013 at 1:30 pm, or

24             as soon thereafter as the Court is available.

25        2.  The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one

26             week before the Case Management Conference.

27        3.  The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no

28

later than one week before the Case Management Conference.

Dated: September 20, 2013

Respectfully submitted,

By:

**/s/** Andrea Kopecky
Andrea Kopecky
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

By:

/s/ Anna Le May
Anna Le May
Attorney for Defendant
PREMIER RECYCLE

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING,

    1.  The Case Management Conference shall be continued to _October 29, 2013_ at 1:30
pm.

    2.  The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no
later than _October 22, 2013_ .

    3.  The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no
later than _October 22, 2013_ .

**IT IS SO ORDERED.**

Date: _9/23/13_

NORTHERN DISTRICT OF CALIFORNIA

Honorable Howard R. Lloyd
United States District Court

STIPULATION TO CONTINUE CASE MGMT CONFERENCE      Civil No. C 13-01695-HRL