*E-Filed: September 23, 2013*

Jayni Foley Hein (Bar No. 258261)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jayni@baykeeper.org
Email: andrea@baykeeper.org

Attorneys for Plaintiff:
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br>v.<br>PREMIER RECYCLE COMPANY,<br><br>Defendant. | Civil No. C 13-01695 HRL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 26(f); L.R. 16-10<br><br>Honorable Howard R. Lloyd |

1. Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Premier Recycle Company ("Premier Recycle") in the above-captioned action respectfully submit this stipulation as follows:

**WHEREAS,** Baykeeper and Premier Recycle (collectively, the "Parties") have been working together in good faith to reach a settlement in this action;

**WHEREAS,** the Parties have already exchanged and are currently finalizing the terms of what they anticipate will be a final Consent Decree for approval by the court;

**WHEREAS,** the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for July 23, 2013 at 1:30 pm;

**WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management Conference was continued until August 20, 2013 at 1:30 p.m.;

**WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management Conference was continued until September 10, 2013 at 1:30 p.m.;

**WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management Conference was continued until October 1, 2013 at 1:30 p.m.;

**WHERAS,** the Parties submitted ADR certifications and stipulated to ADR process by mediation on September 17, 2013;

**WHEREAS,** the Scheduling Order states that if the Initial Case Management Conference is continued, the other deadlines are continued accordingly;

**WHEREAS,** the Parties desire to continue negotiating settlement in good faith and anticipate reaching a final settlement in this action within the next two (2) weeks;

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The Case Management Conference shall be continued to October 22, 2013 at 1:30 pm, or as soon thereafter as the Court is available.
2. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one week before the Case Management Conference.
3. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no

1 later than one week before the Case Management Conference.

2 Dated: September 20, 2013

4 Respectfully submitted,

5 By:

6 **/s/** Andrea Kopecky
Andrea Kopecky
7 Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

9 By:

/s/ Anna Le May
10 Anna Le May
Attorney for Defendant
11 PREMIER RECYCLE

STIPULATION TO CONTINUE CASE MGMT CONFERNCE         Civil No. C 13-01695 HRL

# [PROPOSED] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to October 29, 2013 at 1:30 pm.
2. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than October 22, 2013.
3. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than October 22, 2013.

**IT IS SO ORDERED.**

Date: 9/23/13

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Howard R. Lloyd
United States District Court