William W. Funderburk Jr. (SBN 176244)
Anna L. Le May (SBN 258312)
CASTELLÓN & FUNDERBURK LLP
811 Wilshire Boulevard, Suite 1025
Los Angeles, California 90017
Telephone: (213) 623-7515
Facsimile: (213) 532-3984
wfunderburk@candffirm.com
alemay@candffirm.com

*E-Filed: October 22, 2013*

Attorneys for Defendant Premier Recycle Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br>PREMIER RECYCLE COMPANY,<br><br>　　　　　　Defendant. | Civil No. C 13-01695 HRL<br><br>**STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER** (MODIFIED)<br><br>Fed. R. Civ. P. 26(f); L.R. 16-10<br><br>Honorable Howard R. Lloyd |

1   Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Premier Recycle Company
2   ("Premier Recycle") in the above-captioned action respectfully submit this stipulation as follows:
3   **WHEREAS,** Baykeeper and Premier Recycle (collectively, the "Parties") have been working
4   together in good faith to reach a settlement in this action;
5   **WHEREAS,** the Parties have already exchanged and are currently finalizing the terms of what
6   they anticipate will be a final Consent Decree for approval by the court;
7   **WHEREAS,** the Court's Order Setting Initial Case Management Conference and ADR
8   Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for July 23,
9   2013 at 1:30 pm;
10  **WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management
11  Conference was continued until August 20, 2013 at 1:30 p.m.;
12  **WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management
13  Conference was continued until September 10, 2013 at 1:30 p.m.;
14  **WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management
15  Conference was continued until October 1, 2013;
16  **WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management
17  Conference was continued until October 29, 2013;
18  **WHEREAS,** the Scheduling Order states that if the Initial Case Management Conference is
19  continued, the other deadlines are continued accordingly;
20  **WHEREAS,** the Parties desire to continue negotiating settlement in good faith and anticipate
21  reaching a final settlement in this action within the next three (3) weeks;
22  **NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**
23  1. The Case Management Conference shall be continued to November 19, 2013 at 1:30 pm,
24     or as soon thereafter as the Court is available.
25  2. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one
26     week before the Case Management Conference.
27
28

STIPULATION TO CONTINUE CASE MGMT CONFERNCE                Civil No. C 13-01695 HRL

3. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than one week before the Case Management Conference.

Dated: October 17, 2013

Respectfully submitted,

By: /s/ Anna Le May
Anna Le May
Attorney for Defendant
PREMIER RECYCLE

By: **/s/** Andrea Kopecky
Andrea Kopecky
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

STIPULATION TO CONTINUE CASE MGMT CONFERNCE         Civil No. C 13-01695 HRL

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to November 19, 2013 at 1:30 pm.
2. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than November 12, 2013.
3. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than November 12, 2013.*

**IT IS SO ORDERED.**

Date: 10/22/13

NORTHERN DISTRICT OF CALIFORNIA

Honorable Howard R. Lloyd
United States District Court

*The Court does not intend to grant further continuances of the case management conference.

STIPULATION TO CONTINUE CASE MGMT CONFERENCE          Civil No. C 13-01695-HRL