1  William W. Funderburk Jr. (SBN 176244)                *E-Filed: October 22, 2013*
2  Anna L. Le May (SBN 258312)
   CASTELLÓN & FUNDERBURK LLP
3  811 Wilshire Boulevard, Suite 1025
   Los Angeles, California 90017
4  Telephone: (213) 623-7515
   Facsimile: (213) 532-3984
5  wfunderburk@candffirm.com
6  alemay@candffirm.com

7  Attorneys for Defendant Premier Recycle Company

8

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN JOSE DIVISION
12

13
   SAN FRANCISCO BAYKEEPER, a non-profit        Civil No. C 13-01695 HRL
14 corporation,

15                    Plaintiff,
                                                **STIPULATION TO CONTINUE CASE
16            v.                                MANAGEMENT CONFERENCE AND
                                                ASSOCIATED DEADLINES;** [PROPOSED]
17 PREMIER RECYCLE COMPANY,                     **ORDER**  (MODIFIED)

18                    Defendant.                Fed. R. Civ. P. 26(f); L.R. 16-10

19                                              Honorable Howard R. Lloyd
20

21

22

23

24

25

26

27

28

   STIPULATION TO CONTINUE CASE MGMT CONFERENCE          Civil No. C 13-01695-HRL

1. Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Premier Recycle Company ("Premier Recycle") in the above-captioned action respectfully submit this stipulation as follows:

**WHEREAS,** Baykeeper and Premier Recycle (collectively, the "Parties") have been working together in good faith to reach a settlement in this action;

**WHEREAS,** the Parties have already exchanged and are currently finalizing the terms of what they anticipate will be a final Consent Decree for approval by the court;

**WHEREAS,** the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for July 23, 2013 at 1:30 pm;

**WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management Conference was continued until August 20, 2013 at 1:30 p.m.;

**WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management Conference was continued until September 10, 2013 at 1:30 p.m.;

**WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management Conference was continued until October 1, 2013;

**WHEREAS,** per a previous Stipulation and Order of the Court, the Initial Case Management Conference was continued until October 29, 2013;

**WHEREAS,** the Scheduling Order states that if the Initial Case Management Conference is continued, the other deadlines are continued accordingly;

**WHEREAS,** the Parties desire to continue negotiating settlement in good faith and anticipate reaching a final settlement in this action within the next three (3) weeks;

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The Case Management Conference shall be continued to November 19, 2013 at 1:30 pm, or as soon thereafter as the Court is available.
2. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due one week before the Case Management Conference.

STIPULATION TO CONTINUE CASE MGMT CONFERNCE              Civil No. C 13-01695 HRL

3. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than one week before the Case Management Conference.

Dated: October 17, 2013

                                          Respectfully submitted,

By:    /s/ Anna Le May  
          Anna Le May  
          Attorney for Defendant  
          PREMIER RECYCLE

By:    **/s/** Andrea Kopecky  
          Andrea Kopecky  
          Attorney for Plaintiff  
          SAN FRANCISCO BAYKEEPER

# [PROPOSED] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to November 19, 2013 at 1:30 pm.

2. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than November 12, 2013.

3. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than November 12, 2013.*

**IT IS SO ORDERED.**

Date: 10/22/13

NORTHERN DISTRICT OF CALIFORNIA

Honorable Howard R. Lloyd
United States District Court

*The Court does not intend to grant further continuances of the case management conference.